IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WOODROW DUNN,

    Petitioner,

v.                                                             No. 23-cv-283-KG-GJF

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO,

    Respondent.

## ORDER OF DISMISSAL

This matter comes before the Court *sua sponte* upon review of the docket.

Petitioner Woodrow Dunn commenced this case on March 31, 2023, by filing a handwritten letter seeking relief under 28 U.S.C. § 2254. (Doc. 1) (the "Letter"). On April 3, 2023, the Court mailed Dunn a blank § 2254 petition form and a blank application to proceed *in forma pauperis*. On June 26, 2023, the Court entered an Order to Cure Deficiencies, requiring Dunn to return the completed § 2254 petition and address the filing fee within thirty days. (Doc. 2). The deadline has now passed, and Dunn has not complied with or otherwise responded to the Court's Order. The Court will therefore dismiss this case pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The Court will enter a separate judgment.

_____
UNITED STATES DISTRICT JUDGE